No. 629, October Term, 1960. COMMISSIONER OF INTERNAL REVENUE *v.* SCHLUDE ET UX., 367 U. S. 911. Petition for rehearing denied. The *per curiam* order heretofore entered herein is amended to read as follows: "PER CURIAM: The petition for writ of certiorari is granted. The judgment is vacated and the case is remanded for further consideration in the light of *American Automobile Association* v. *United States,* *ante,* p. 687. MR. JUSTICE DOUGLAS dissents."

No. 979, October Term, 1960. BROTHERHOOD OF RAILROAD TRAINMEN ET AL. *v.* DENVER & RIO GRANDE WESTERN RAILROAD Co., 366 U. S. 966. Motion of Railway Labor Executives' Association for leave to file brief, as *amicus curiae,* granted. Petition for rehearing denied.

OCTOBER 16, 1961.

No. 66. BLAU *v.* LEHMAN ET AL. Certiorari, 366 U. S. 902, to the United States Court of Appeals for the Second Circuit. Motion of the Solicitor General for leave to participate in oral argument granted. *Solicitor General Cox* for the Securities and Exchange Commission, as *amicus curiae.*

No. 468, Misc. RILEY *v.* OHIO ET AL. Motion for leave to file petition for writ of certiorari denied.

No. 87. MANAGED FUNDS, INC., *v.* BROUK ET AL. Certiorari, 366 U. S. 958, to the United States Court of Appeals for the Eighth Circuit. Motion of the Solicitor General for leave to participate in oral argument granted. *Solicitor General Cox* for the Securities and Exchange Commission, as *amicus curiae.*